| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Ray Ballister Jr., Esq., SBN 111282<br>Russell Handy, Esq., SBN 195058 |
| 3 | Dennis Price, Esq., SBN 279082 |
| 4 | Amanda Seabock, Esq., SBN 289900<br>8033 Linda Vista Road, Suite 200 |
| 5 | San Diego, CA 92111<br>(858) 375-7385; (888) 422-5191 fax |
| 6 | amandas@potterhandy.com |
| 7 | Attorneys for Plaintiff JOSE ESTRADA |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE ESTRADA, | ) | Case No.: 2:20-CV-09643-DSF-PD |
| Plaintiff, | ) ) | **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |
| v. | ) ) | |
| COMPTON PV 2016, LLC, a California Limited Liability Company; NUMERO UNO ACQUISITIONS, LLC, a California Limited Liability Company; and Does 1-10, | ) ) ) ) ) ) | |
| Defendants. | ) | |

The plaintiff hereby notifies the court that a provisional settlement has been reached in the above-captioned case. The Parties would like to avoid any additional expense while they focus efforts on finalizing the terms of the settlement and reducing it to a writing.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the settlement will be consummated within the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all parties to be filed.

Dated: January 6, 2021               CENTER FOR DISABILITY ACCESS

                                             /s/ Amanda Seabock
                                        Amanda Seabock
                                        Attorney for Plaintiff